IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD K. PETERSON,

      Plaintiff,                     No. CIV S-08-0616 MCE EFB P

     vs.

COUNTY OF SOLANO,

      Defendant.                <u>ORDER</u>

                              /

       Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. § 1983.  He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

       Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for *the 6-month period immediately preceding the filing of the complaint . . . ,* obtained from the appropriate official of each prison at which the prisoner is or was confined." (emphasis added).  Plaintiff has submitted a trust account statement, but it is not certified.

////

////

1

1    Accordingly, plaintiff has 30 days from the date this order is served to submit the
2 required trust account statement. Failure to comply with this order will result in a
3 recommendation that this action be dismissed.
4    So ordered.
5 Dated: October 22, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE