IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD K. PETERSON,

    Plaintiff,                    No. CIV S-08-0616 MCE EFB P

    vs.

COUNTY OF SOLANO,

    Defendant.                <u>ORDER</u>

      /

    Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file his trust account statement. *See* Fed. R. Civ. P. 6(b).

    Plaintiff's November 6, 2008, request is granted and plaintiff has 30 days from the date this order is served to file his trust account statement.

    So ordered.

DATED: November 24, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE