THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD K. PETERSON, | ) CIVIL NO. 2:08-00616 JMS |
| | ) |
| Plaintiff, | ) ORDER GRANTING PLAINTIFF AN |
| | ) EXTENSION OF TIME |
| vs. | ) |
| | ) |
| COUNTY OF SOLANO et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME

On February 5, 2009, the court entered an Order (1) Dismissing Pro Se Prisoner Plaintiff Ronald K. Peterson's ("Plaintiff") Complaint in Part and (2) Directing Service ("February 5, 2009 Order"). The February 5, 2009 Order gave Plaintiff until March 9, 2009 to file an amended complaint or be subject to automatic dismissal of his claims against Solano County.[1] On February 17, 2009, Plaintiff filed a letter requesting an extension of time to file an amended complaint due, in part, to his limited law library access. Plaintiff does not identify how long of an extension he seeks.

---

[1] If Plaintiff decides not to file an amended complaint, Plaintiff's claims will proceed against Correctional Officer Anthony Cuevaz only.

The court GRANTS Plaintiff an extension until **March 23, 2009** to file his amended complaint.  Apart from the deadline for filing an amended complaint, all other requirements in the February 5, 2009 Order stand.[2]  Plaintiff's failure to comply with either this Order or the February 5, 2009 Order may result in automatic dismissal of this action.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, February 18, 2009.



/s/ J. Michael Seabright
_____
J. Michael Seabright
United States District Judge

*Peterson v. County of Solano et al.*, Civ. No. 2:08-00616 JMS, Order Granting Plaintiff's Motion to an Extension of Time

---

[2]  The court does not modify the March 9, 2009 deadline for Plaintiff to submit the documents identified in paragraph six of the February 5, 2009 Order.