THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RONALD K. PETERSON, | ) | CIVIL NO. 02:08-000616 JMS |
|---|---|---|
| | ) | |
| Plaintiff, | ) | ORDER DENYING PLAINTIFF'S |
| | ) | REQUEST |
| | ) | |
| vs. | ) | |
| | ) | |
| COUNTY OF SOLANO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## **ORDER DENYING PLAINTIFF'S REQUEST**

On May 18, 2009, this court entered an order denying pro se prisoner Plaintiff Ronald K. Peterson's ("Plaintiff") request for a thirty day extension ("May 18, 2009 Order").[1] Currently before the court is Plaintiff's May 20, 2009 letter to the court explaining his difficulties with the prison mail system, which attaches a number of grievance summaries regarding alleged tampering with his legal mail and one inmate grievance form requesting that Defendant Correctional Officer Anthony Cuevaz no longer work near him for fear of retaliation. The court liberally construes this letter as a request to address these grievances ("Plaintiff's Request"). As explained in the May 18, 2009 Order, to the extent Plaintiff

---

[1] Plaintiff is currently incarcerated at Claybank Detention Facility located in Solano County, Fairfield, California.

attempts to lodge a new grievance based upon allegations not within his Amended Complaint -- for example, claims of tampering with his legal mail or retaliation -- those claims are *not* part of this action.  The court again informs Plaintiff that if he believes that his liberty interests were violated based upon any activity not contained within his Amended Complaint, then Plaintiff may file a *separate complaint*.  Plaintiff may not add claims that he did not previously assert by sending letters to the court.

## **CONCLUSION**

Based on the above, the court DENIES Plaintiff's request.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, May 21, 2009.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*Peterson v. County of Solano et al.*, Civ. No. 2:08-00616 JMS, Order Denying Plaintiff's Request